IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Carter, Valeria

Printed: 12/28/07

Case Number: 04 B 25084
Judge: Goldgar, A. Benjamin
Filed: 7/6/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: December 5, 2007
Confirmed: September 16, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 24,375.33 |  |
| Secured: |  | 11,007.11 |
| Unsecured: |  | 9,029.42 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 1,247.94 |
| Other Funds: |  | 390.86 |
| Totals: | 24,375.33 | 24,375.33 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Americredit Financial Ser Inc | Secured | 11,007.11 | 11,007.11 |
| 3. | Citizens Bank | Unsecured | 1,944.33 | 1,944.33 |
| 4. | Americredit Financial Ser Inc | Unsecured | 2,429.13 | 2,429.13 |
| 5. | Harry W Altman | Unsecured | 2,111.00 | 2,111.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 270.00 | 270.00 |
| 7. | Americash Loans, LLC | Unsecured | 594.86 | 594.86 |
| 8. | Jefferson Capital | Unsecured | 1,680.10 | 1,680.10 |
| 9. | TCF Bank | Unsecured |  | No Claim Filed |
| 10. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 11. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 12. | Sir Finance Corporation | Unsecured |  | No Claim Filed |
| 13. | JBC & Associates | Unsecured |  | No Claim Filed |
| 14. | America OnLine | Unsecured |  | No Claim Filed |
| 15. | Women's Workout World | Unsecured |  | No Claim Filed |
| 16. | Telecheck | Unsecured |  | No Claim Filed |
| 17. | Sprint | Unsecured |  | No Claim Filed |
|  |  |  | $ 22,736.53 | $ 22,736.53 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 332.52 |
| 4% | 84.26 |
| 3% | 63.20 |
| 5.5% | 314.47 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Carter, Valeria

Printed: 12/28/07

Case Number: 04 B 25084
Judge: Goldgar, A. Benjamin
Filed: 7/6/04

```
           5%              83.46
         4.8%             208.18
         5.4%             161.85
                      _____
                      $ 1,247.94
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____